| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: | |
| SOUTHERN DISTRICT OF FLORIDA | |
| Case number (if known) _____ Chapter **11** | ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | National Auto Lenders, Inc. |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | DBA  NAL Everywhere<br>DBA  NALENDERS<br>DBA  NAL |
| 3. | Debtor's federal Employer Identification Number (EIN) | 65-0660723 |

| | | | |
|---|---|---|---|
| 4. | Debtor's address | **Principal place of business**<br><br>14645 NW 77th Avenue<br>Suite 203<br>Miami Lakes, FL 33014<br><sub>Number, Street, City, State & ZIP Code</sub><br><br>Miami-Dade<br><sub>County</sub> | **Mailing address, if different from principal place of business**<br><br><br><sub>P.O. Box, Number, Street, City, State & ZIP Code</sub><br><br>**Location of principal assets, if different from principal place of business**<br><br><sub>Number, Street, City, State & ZIP Code</sub> |
| 5. | Debtor's website (URL) | www.nalenders.com | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ | |

Official Form 201                    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                    page 1

Debtor  **National Auto Lenders, Inc.**                                      Case number (*if known*) _____
      Name

7. **Describe debtor's business**

   A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ■ None of the above

   B. *Check all that apply*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
      See http://www.uscourts.gov/four-digit-national-association-naics-codes.
      __5222__

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*
   - ☐ Chapter 7
   - ☐ Chapter 9
   - ■ Chapter 11. *Check all that apply*:
     - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   - ■ No.
   - ☐ Yes.

   If more than 2 cases, attach a separate list.

   | District | When | Case number |
   |---|---|---|
   | _____ | _____ | _____ |
   | _____ | _____ | _____ |

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    - ■ No
    - ☐ Yes.

    List all cases. If more than 1, attach a separate list

    | Debtor | | Relationship | |
    |---|---|---|---|
    | _____ | | _____ | |
    | District | When | Case number, if known | |
    | _____ | _____ | _____ | |

Debtor     **National Auto Lenders, Inc.**                                              Case number (*if known*) _____
           Name

11. **Why is the case filed in** *Check all that apply:*
    ***this district?***
    ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**
    ■ No
    ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)
    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
         What is the hazard?  _____
    ☐ It needs to be physically secured or protected from the weather.
    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
    ☐ Other

    **Where is the property?** _____
                              Number, Street, City, State & ZIP Code

    **Is the property insured?**
    ☐ No
    ☐ Yes.   Insurance agency _____
             Contact name    _____
             Phone           _____

■ **Statistical and administrative information**

13. **Debtor's estimation of available funds**    *Check one:*
    ■ Funds will be available for distribution to unsecured creditors.
    ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

14. **Estimated number of creditors**
    ☐ 1-49                    ☐ 1,000-5,000              ☐ 25,001-50,000
    ☐ 50-99                   ☐ 5001-10,000              ☐ 50,001-100,000
    ☐ 100-199                 ☐ 10,001-25,000            ☐ More than100,000
    ■ 200-999

15. **Estimated Assets**
    ☐ $0 - $50,000            ☐ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
    ☐ $50,001 - $100,000      ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion
    ☐ $100,001 - $500,000     ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
    ☐ $500,001 - $1 million   ■ $100,000,001 - $500 million    ☐ More than $50 billion

16. **Estimated liabilities**
    ☐ $0 - $50,000            ☐ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
    ☐ $50,001 - $100,000      ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion
    ☐ $100,001 - $500,000     ■ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
    ☐ $500,001 - $1 million   ☐ $100,000,001 - $500 million    ☐ More than $50 billion

Debtor  **National Auto Lenders, Inc.**    Case number (*if known*) _____
         Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **11/23/18**
              MM / DD / YYYY

X  **/s/ Dania Ramos-Infante**                         **Dania Ramos-Infante**
   Signature of authorized representative of debtor     Printed name

   Title  **Vice President, CFO and COO**

**18. Signature of attorney**

X  **/s/ Paul Steven Singerman**                       Date  **11/23/18**
   Signature of attorney for debtor                          MM / DD / YYYY

   **Paul Steven Singerman 378860**
   Printed name

   **Berger Singerman LLP**
   Firm name

   **1450 Brickell Avenue**
   **Suite 1900**
   **Miami, FL 33131**
   Number, Street, City, State & ZIP Code

   Contact phone  **305-755-9500**    Email address  **singerman@bergersingerman.com**

   **378860 FL**
   Bar number and State

---

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 4

# UNANIMOUS WRITTEN CONSENT AND RESOLUTIONS OF THE BOARD OF DIRECTORS OF NATIONAL AUTO LENDERS, INC.

The Board of Directors of National Auto Lenders, Inc., a Florida corporation (the "Company"), hereby adopts the following resolutions by unanimous written consent in lieu of a meeting of the Board of Directors pursuant to Fla. Stat. §607.0821:

WHEREAS, the Board of Directors of the Company (the "Board") has determined that it is in the best interest of the Company to authorize and empower management of the Company to file a chapter 11 bankruptcy case on behalf of the Company;

NOW, THEREFORE,

1. **Chapter 11 Case.**

BE IT RESOLVED, that the Board approves and ratifies the decision of management of the Company to file a voluntary petition for relief under chapter 11 of the United States Bankruptcy Code on behalf of the Company (the "Chapter 11 Case") in the United States Bankruptcy Court for the Southern District of Florida (the "Court") at such time as management deems it appropriate to do so, and the President, any Vice President, the Chief Financial Officer, the General Counsel and Corporate Secretary, or such other officer(s) of the Company as they shall from time to time designate (in each case, an "Proper Officer"), is authorized to execute and deliver any and all documents required by, or necessary or appropriate with respect to, the filing and administration of the Chapter 11 Case (collectively, the "Chapter 11 Documents"); and it is further

RESOLVED, that the Board approves and ratifies the employment by the Company of the law firm of Berger Singerman LLP as bankruptcy counsel for the Company; and it is further

RESOLVED, that any Proper Officer of the Company is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of a Chapter 11 Case and cause to be filed an appropriate application for authority to retain the services of Berger Singerman LLP; and it is further

RESOLVED, that any Proper Officer of the Company be, and hereby is, authorized and directed to employ any other firm as professionals or consultants to the Company as are deemed necessary to represent and assist the Company in carrying out its duties under the Bankruptcy Code and, in connection therewith, the Proper Officer of the Company is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of a Chapter 11 Case and cause to be filed an appropriate application for authority to retain the services of such firm; and it is further

RESOLVED, that all acts lawfully done or actions lawfully taken by any Proper Officer to seek relief under Chapter 11 of the Bankruptcy Code or in connection with the Chapter 11 Case, or any matter related thereto, be, and hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Company; and it is further

8517407-2

2.  **General Authorization and Ratification.**

    RESOLVED, that each Proper Officer is directed to prepare and execute, and, if required, the Secretary to attest to, (i) all Chapter 11 Documents, (ii) all documents, certificates and instruments required by, referenced or described in, or related to, the Chapter 11 Case, and (iii) the engagement letter with Berger Singerman LLP; and it is further

    RESOLVED, that each Proper Officer of the Company, any one of whom may act without the joinder of any of the others, are hereby authorized to, and to cause any other Proper Officer of the Company to, execute and deliver the Chapter 11 Documents in the name and on behalf of the Company, or otherwise to take all actions (including, without limitation, (i) negotiation, execution, delivery, and filing of any agreements, certificates, or other instruments or documents, (ii) the payment of any consideration, and (iii) the payment of expenses and taxes) as such Proper Officer may deem necessary, appropriate, or advisable (such acts to be conclusive evidence that such Proper Officer deemed the same to be necessary, appropriate, or advisable) in order to commence and administer the Chapter 11 Case, and all acts of any Proper Officer taken pursuant to the authority granted herein are hereby approved, adopted, ratified, and confirmed in all respects; and it is further

    RESOLVED, that the officers and director of the Company are hereby authorized and directed to take all such further actions and execute and deliver all such further instruments and documents in the name and on behalf of the Company under its corporate seal or otherwise and to incur and pay such expenses as in his or their judgment shall be necessary, proper or advisable in order to fully carry out the intent and accomplish the purposes of each of the foregoing resolutions.

    IN WITNESS WHEREOF the undersigned has executed these Resolutions of the Board of Directors of National Auto Lenders, Inc. as of the 20th day of November, 2018.

_____
Osvaldo F. Ramos, Director, President and Chief Executive Officer

_____
Dania Ramos-Infante, Director, Vice-President, Chief Financial Officer and Chief Operating Officer

_____
W. Knox North, Director and Vice President

8517407-2