Fill in this information to identify the case:

Debtor name: **National Auto Lenders, Inc.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF FLORIDA**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Amount of claim — Deduction for value of collateral or setoff | Amount of claim — Unsecured claim |
|---|---|---|---|---|---|---|
| Bifulco, Phil & Heidi<br>5829 NW 85th Lane<br>Parkland, FL 33067 | Phil & Heidi Bifulco<br><br>flattenomatic@aol.com<br>954 575-2463 | Loan | | | | $2,700,000.00 |
| Tammy J. Burns Revocable Trust<br>8 Cayuga Ln<br>Sea Ranch Lakes, FL 33308 | Tammy Burns<br><br>954 784-8070 | Loan | | | | $1,145,776.10 |
| Canopic Holdings, LP<br>315 SE 14th Street<br>Fort Lauderdale, FL 33316 | Gary Richmond<br><br>954 524-2250 | Loan | | | | $1,116,524.87 |
| Frachetti, Patricia<br>1511 S. Columbine Street<br>Denver, CO 80210 | Patricia Frachetti<br><br>p_frachetti@hotmail.com<br>303 480-9644 | Loan | | | | $855,147.07 |
| Millradt, Paul<br>7240 S. Sicily Ct.<br>Aurora, CO 80016 | Paul Millradt<br><br>paulmillradt@yahoo.com<br>303 284-9456 | Loan | | | | $820,828.84 |
| Rodriguez, Luis D., Asuncion Terol, Luis<br>D. R-Terol, as Trustees of the Luis Asuncion Rodriguez Rev. Jt. Trust Agr.<br>6666 SW 115th Court, Apt. 408<br>Miami, FL 33173 | Luis D. Rodriguez<br><br>luisdrterol@yahoo.com | Loan | | | | $705,000.00 |

Debtor **National Auto Lenders, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Louise Horne Revocable Living Trust<br>2066 N. Ocean Boulevard<br>Apt. 10NE<br>Boca Raton, FL 33431 | Louise Horne<br><br>lou6kids@aol.com<br>954 931-2362 | Loan | | | | $700,000.00 |
| Kougoucheff, Anne & Guillaume Morin, as Trustees of the Anne Kougoucheff Morin Living Trust<br>2648 Miller Ct.<br>Weston, FL 33332 | Guillaume Morin<br><br>morigui@att.net<br>954-993-5168 | Loan | | | | $700,000.00 |
| Olesiewicz, Thomas & Sharon, as tenants by the entireties<br>5250 NW 85th Avenue<br>Lauderhill, FL 33351 | Thomas Olesiewicz<br><br>tom@odcpa.com<br>954 749-6350 | Loan | | | | $667,236.21 |
| ETC-FBO Agnes Goodman 169411 Bene<br>William Goodman Deed Beneficiary IRA<br>P.O. Box 451340<br>Westlake, OH 44145 | Agnes Goodman<br><br>goodmanaggie51@gmail.com<br>772 678-5050 | Loan | | | | $658,256.93 |
| Guario, Vito and Louise<br>14050 Carlton Drive<br>Davie, FL 33330 | Vito and Louise Guario<br><br>alleyesoptical@aol.com<br>954 474-2671 | Loan | | | | $653,002.19 |
| Anthony DeAquino Revocable Living Trust Dated August 7, 2012<br>2101 W. Commercial Blvd.<br>Suite 4800<br>Fort Lauderdale, FL 33309 | Anthony DeAquino<br><br>tony@odcpa.com<br>954 731-5555 | Loan | | | | $607,917.46 |
| Cook, Angelina<br>225 1/2 29th Ave. N.<br>Saint Petersburg, FL 33704 | Angelina Cook<br><br>mschief@miworld.us<br>303 884-6277 | Loan | | | | $595,192.83 |

Debtor  **National Auto Lenders, Inc.**_____  Case number *(if known)* _____
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Shelnutt, Mark & Linda T. Seek** 2802 SE 28th Street Ocala, FL 34471 | **Linda T. Seek** lseek@shelnuttpa.com 352 867-5514 | **Loan** | | | | **$562,054.40** |
| **Guario, Rosa, as Trustee of the Revocable Living Trust** 10331 SW 40th Street Davie, FL 33328 | **Rosa Guario** 954 683-9678 | **Loan** | | | | **$550,000.00** |
| **IRA-STC Cook, Angelina 750785** P.O. Box 7080 San Carlos, CA 94070 | **Angelina Cook** mschief@miworld.us 303 884-6277 | **Loan** | | | | **$535,083.53** |
| **Muxo, Jr., Alex & Bonnie Muxo, as tenants by the entireties** 2510 Princeton Court Weston, FL 33327 | **Bonnie Muxo** bmuxo@aol.com 954 384-4748 | **Loan** | | | | **$500,000.00** |
| **Sandra L. DeAquino Revocable Living Trust dated June 16, 2014** 4951 NW 110th Way Coral Springs, FL 33076 | **Sandra L. DeAquino** sandyllk420@aol.com 954 755-8078 | **Loan** | | | | **$466,517.44** |
| **IRA-STC-FBO Wendy Labonte** P.O. Box 7080 San Carlos, CA 94070 | **Wendy Labonte** wendylamblabonte@gmail.com 561 866-1413 | **Loan** | | | | **$460,885.88** |
| **Brown, Curtis & Marjorie** 6270 Via Palladium Boca Raton, FL 33433 | **Curtis & Marjorie Brown** gigibrown16@gmail.com 561 436-6787 | **Loan** | | | | **$431,237.50** |