# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION
www.flsb.uscourts.gov

MAY - 3 2019

In re:

NATIONAL AUTO LENDERS, INC.,

Case No. 18-24586-BKC-LMI
Chapter 11

Debtor.
_____/

**BALLOT AND DEADLINE FOR FILING BALLOT ACCEPTING OR REJECTING PLAN**

*TO HAVE YOUR VOTE COUNT YOU MUST COMPLETE AND RETURN THIS BALLOT BY THE DEADLINE INDICATED BELOW [AS SET PURSUANT TO LOCAL RULE 3018-1(B)]*

*The Joint Chapter 11 Plan of Reorganization Proposed by National Auto Lenders, Inc. and the Official Committee of Unsecured Creditors [ECF No. 159] (the "Plan") filed by the Debtor, National Auto Lenders, Inc. and the Official Committee of Unsecured Creditors on April 1, 2019, can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each class who actually cast ballots on the Plan, and the holders of two-thirds in amount of equity security interests in each class who actually cast ballots on the Plan. In the event the requisite acceptances are not obtained, the court may nevertheless confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.*

This ballot is for creditor (insert name) **PATRICIA Frachetti** for the following type of claim placed in the indicated class in the indicated amount:

| TYPE OF CLAIM | CLASS IN PLAN | AMOUNT OF CLAIM |
|---|---|---|
| ☐ Lenders' Secured Claims | 2 | $ |
| ☒ Subordinated Debt Claims | 4 | $ 801,156.85 |
| ☐ Subordinated Insider Unsecured Claims Held by the Guarantors | 5 | $ |

The undersigned [Check One Box]   ☒ Accepts   ☐ Rejects
the plan for reorganization of the above-named debtor.

Signed: *Patricia A. Frachetti*
Print Name: Patricia Frachetti
Address: 1511 S. Columbine St Denver, CO 80210
Phone: 303/550-8265
Date: 4/25/19

★★★ **FILE THIS BALLOT ON OR BEFORE MAY 15, 2019** ★★★

with: Clerk of Bankruptcy Court, 301 N. Miami Ave., Room 150, Miami, FL 33128

**If you have more than one type of claim against this debtor, separate ballots must be filed and you should receive a ballot for each type of claim eligible to vote. Contact the plan proponent regarding incorrect or insufficient ballot(s).**